JOSEPH P. BARONE, Respondent, v. HYMAN FISH, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

ISRAEL SCHORR, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

SAMUEL HAUSMAN, Respondent, v. MARGARET G. O'CONNELL, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

LOUIS SCHWARTZREICH, Respondent, v. BAUMAN-BASCH, INC., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.; Smith, J., dissented.

WALTER SILBER, Appellant, v. GRAND TOOL AND MACHINE WORKS, INC., Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event, on the ground that plaintiff made out a *prima facie* case and that it was error to dismiss the complaint. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

EMORY J. LIPPS, Respondent, v. GALLIA SILK MILLS, Defendant, Impleaded with LOUIS A. STIRN and Others, as Copartners, etc., Appellants, and Another, Defendant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

JOSEPH SAYMON, Respondent, v. MEYER BARISH, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

MYRON D. ROSENTHAL, an Infant, etc., by SIMON S. ROSENSTAMM, His Guardian ad Litem, Respondent, v. NEW YORK RAILWAYS COMPANY, Impleaded with EMPIRE CARTING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

DAVID M. ROSENTHAL, Respondent, v. NEW YORK RAILWAYS COMPANY, Impleaded with EMPIRE CARTING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

MYRON D. ROSENTHAL, an Infant, etc., by SIMON S. ROSENSTAMM, His Guardian ad Litem, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant, Impleaded with EMPIRE CARTING COMPANY.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

DAVID M. ROSENTHAL, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant, Impleaded with EMPIRE CARTING COMPANY.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.